**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ALLISON OSMOND f/k/a
ALLISON NEAL,

    Plaintiff,

v.                                                    Case No.: 6:17-cv-01121-GAP-KRS

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Credit One Bank, N.A., (Credit One), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 2, 2018

                                                  Respectfully submitted,

                                                  */s/ Michael P. Schuette*
                                                  Michael P. Schuette, Esq.
                                                  Florida Bar No. 0106181
                                                  Dayle M. Van Hoose, Esq.
                                                  Florida Bar No. 0016277
                                                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                  3350 Buschwood Park Drive, Suite 195
                                                  Tampa, FL 33618
                                                  Telephone:   (813) 890-2472
                                                  Facsimile:    (866) 466-3140
                                                  mschuette@sessions.legal

dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Credit One Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of February 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Amy Ferrera, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
amferrera@forthepeople.com
afloyd@forthepeople.com

/s/ Michael P. Schuette
Attorney