**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALLISON OSMOND f/k/a ALLISON NEAL,

    Plaintiff,

-vs-                                    CASE NO.:  6:17-CV-1121-ORL-31-KRS

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Allison Osmond, and Defendant, Credit One Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of March, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Michael Schuette* |
| Octavio Gomez, Esquire | Michael Schuette, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0106181 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| One Tampa City Center | 3350 Buschwood Park Drive, Ste. 195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Tele: (813) 223-5505 | Tele: (813) 890-2472 |
| Fax: (813) 223-5402 | Fax: (866) 466-3140 |
| TGomez@ForThePeople.com | MSchuette@Sessions.Legal |
| JessicaK@ForThePeople.com | YColon@Sessions.Legal |
| *Attorney for Plaintiff* | *Attorney for Defendant* |